UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Rivard

    v.                        No. 06-fp-054

U.S. Social Security Administration,
Commissioner

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-054-PB**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  February 15, 2006

cc:    Karen B. Nesbitt, Esq.